AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Leonitus Jabir Bey
_____
Plaintiff/Petitioner
v.
Common Wealth of Mass, et al
_____
Defendant/Respondent

Civil Action No. 19CV10219

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Non Applicable__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Non Applicable

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I am unable to pay any fee in Lawful money. U.N. Dec on human rights Article 7 "All are equal before the Law and are entitled without any discrimination to equal protection of the Law..." Per 12 USC 411 all obligations of the Federal reserve note belong to the United States and I cannot be asked to pay in USD.

UCC 3-107 - a counter offer of 1 troy oz .999 Silver Coin is counter offered, valued at $596 per USdebtclock.org

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Declaration of the rights of the Inhabitants of the Commonwealth of Massachusetts: Article 1. All men are born free and equal, and have certain natural, essential, and unalienable rights: among which may be reckoned the right of enjoying and defending their lives and liberties; that of acquiring, possessing and protecting their property. I am not obligated to disclose private information.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Commonwealth of Massachusetts Article X: Constitution

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: Commonwealth of Massachusetts Constitution Article XI

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Commonwealth of Massachusetts Article XIV

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/25/19

Applicant's signature: Leonitus Jabir Bey

Printed name: Leonitus Jabir Bey