UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY      C.A. NO.: 19-10219- PBS
   Plaintiff,

v.

DAVID PENDER
   Defendant

## CERTIFICATION PURSUANT TO L.R. 16 1(D)(3)

The Defendant David Pender and counsel certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

| *David Pender* (signature) | /s/ *Bradford N. Louison* |
|---|---|
| David Pender | Bradford N. Louison (BBO #305755) |
| | Louison, Costello, Condon & Pfaff, LLP |
| | 101 Summer Street, 4th Floor |
| | Boston, MA 02110 |
| | blouison@lccplaw.com |
| | (617) 439-0305 |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be served by first class mail to:

Leonitus Jabir Bey
P.O. Box 1934
Lowell, Mass 01854

/s/ *Bradford N. Louison*

Bradford N. Louison

Date: September 23, 2019