IN THE FRANKLIN COUNTY MUNICIPAL COURT
_____ COUNTY, OHIO

Leonitus Jabir Bey

　　　Plaintiff,

-vs-

David Pender Allen

　　　Defendant(s), Pro Se.

\* CASE NO: 1:19-CV-10219-PBS

\* JUDGE: _Patty B Saris

**MOTION FOR EXTENSION OF DEPOSITION**

Plaintiff(s), _Leonitus Jabir Bey, pro se, respectfully request(s) an order granting cdzaplaintiff(s), pro se, an additional 28 days in which to acquire, schedule or otherwise respond to the Defendants deposition. I (we) am (are) motioning for such extension due to delays created by covid 19 pandemic> along with communication errors between parties. Opposing Counsel has been properly notified of this request.

Respectfully submitted

Leonitus Jabir Bey___, *pro se*
P> O. Box 1934
Lowell MA 01852
617-480-9025
Plaintiff, *pro se*

F I L E D
Clerk's Office
USDC, Mass.
Date 6/26/2020
By_____
Deputy Clerk