# CERTIFICATE OF SERVICE

This is to certify that a copy of this request for an extension of time to answer has been sent by ordinary United States Mail this _____ day of _____ 201___ to:

_____
(Name and address of Plaintiff's attorney)

_____

_____
Defendant, Pro Se (Signature)

_____
_____, *pro se*
Defendant, *pro se*

IN THE FRANKLIN COUNTY MUNICIPAL COURT
FRANKLIN COUNTY, OHIO