|  |  |
|---|---|
| _____ <br>          **Plaintiff,** <br> -vs- <br><br><br> _____ <br>     **Defendant(s), Pro Se.** | \*    CASE NO: _____ <br> \* <br> \* <br> \*    JUDGE: _____ <br> \* <br> \* <br> \*    **<u>MOTION FOR EXTENSION OF</u>** <br> \*    **<u>TIME TO ANSWER</u>** <br> \* <br> \* <br> \* |

## ENTRY

The foregoing request is APPROVED/DENIED. Defendant(s)' time to move, plead or otherwise respond to Plaintiff's Complaint is extended to the _____ day of _____, 201\_\_\_.

It is so ORDERED.


_____
JUDGE


      Respectfully submitted,


      _____


      _____, *pro se*
Telephone:
Defendant, *pro se*