# Linda Cristini

**From:** Linda Cristini
**Sent:** Thursday, November 7, 2019 12:35 PM
**To:** ots@jud.state.ma.us
**Subject:** Transcript Order Form
**Attachments:** ots transcript order form.pdf

Sir/Madam:

Attached please find a Transcript Order form for the matter of Commonwealth v. Leon Jabir Bay (a/k/a Leon Campbell) – Docket No. 1911CR000365/Middlesex County – Judge Coffey – Courtroom 4.

We are requesting transcripts from a trial which took place on 9/3/19 (8:57AM to 4:02PM) and 9/4/19 (9:39AM to 11:54AM) in Lowell District Court.

Thank you for your assistance with this matter. Feel free to contact us with any questions.

Linda

*Linda S. Cristini*
*Legal Assistant/Paralegal to Bradford N. Louison, Esq.*
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
(617) 439-0305
fax (617) 439-0325

 Louison, Costello, Condon & Pfaff, LLP
ATTORNEYS AT LAW

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Louison, Costello, Condon & Pfaff, LLP immediately by replying to this message and destroy all copies of this message and any attachments. Thank you.

For more information about Louison, Costello, Condon & Pfaff, LLP, please visit us at www.lccplaw.com.

1



# TRANSCRIPT ORDER FORM - 4/2014

Email: ots@jud.state.ma.us, Fax: 617-878-0762, Phone: 617-878-0225

## Part I - TO BE COMPLETED BY REQUESTOR

Email or FAX Form to OTS for Superior, Suffolk Juvenile, Boston Housing Courts, *JAVS recorded proceedings.*

Call 617-788-8130 for Superior Court, *Court Reporter recorded proceedings.*

**1. REQUESTOR FULL NAME:** Bradford N. Louison, Esq.

**2. EMAIL (must be provided):** blouison@lcplaw.com; lcristini@lcplaw.com

**3. PHONE (must be provided):** Office: 617-439-0305  Cell: 617-512-1978

**4. MAILING ADDRESS:** Louison, Costello, Condon & Pfaff, 101 Summer Street, Boston, MA 02110

**5. CASE NAME:** Commonwealth v. Leonitus Jabir Bey a/k/a Leon Campbell

**6. IS THIS AN APPEAL?** YES or NO (circle one) — YES circled

**7. DOCKET NUMBER (County must be provided):** Middlesex 1911CR000365

**8. JUDGE & COURTROOM (must be provided):** Judge Coffey / Courtroom 4

**9. DATE AND TIME OF COURT PROCEEDING (must be provided):**

DATE: 9/3/19  START TIME: 8:57 AM  END TIME: 4:02 PM
DATE: 9/4/19  START TIME: 9:39 AM  END TIME: 11:54 AM

*If you don't know the exact start/end time, AM or PM is helpful in locating the specific case on the audio recording.*
**ATTACH SEPARATE SHEET FOR ADDITIONAL DATES AND TIMES OF PROCEEDINGS.**

**10. TRANSCRIPT ORDERED:** (For More Information, READ INSTRUCTIONS, Item 10.)

- [x] ORIGINAL ($3.00 per page Regular Delivery)
- [ ] RUSH ORIGINAL ($4.50 per page Rush Delivery)
- [ ] COPY ($1.00 per page Regular)
- [ ] RUSH COPY ($1.50 per page Rush)
- [ ] ORIGINAL & COPY ($4.00 per page Regular)
- [ ] RUSH ORIGINAL & COPY ($6.00 per page Rush)

A COPY may ONLY be ordered if an ORIGINAL has been previously prepared.
For an APPEAL, the Appellant orders an Original & Copy; the Appellee orders a Copy.

**11. INDIGENT TRANSCRIPTS:**

Indigent transcripts are paid for by the Committee for Public Counsel Services (CPCS). **A deposit payment is not required.** When OTS receives the audio recording from the court, a transcriber will be assigned to prepare your transcript within 90 days.

- [ ] ORIGINAL
- [ ] COPY

If applicable, provide **NAC (Notice of Assignment of Counsel) NUMBER:**

**12. STATEMENT:** I agree to pay the transcriber until the transcriber completes the transcript or I cancel in writing.

**13. SIGNATURE:** Bradford N. Louison

**14. DATE:** 11/7/2019

### Part II - TO BE COMPLETED BY STAFF

| 15. DATE CD RECEIVED FROM COURT | 16. CD LENGTH IN MINUTES | 17. TRACKING NUMBER |
|---|---|---|
|  |  |  |

**READ INSTRUCTIONS BEFORE COMPLETING TRANSCRIPT ORDER FORM - 4/2014**

All items in Part I must be provided, otherwise your form will be returned. *Please type or write legibly with a pen.*

**Item 1. REQUESTOR NAME** - Provide your Full Name.

**Item 2. EMAIL** - Provide your Email Address. **Your Email must be provided.**

**Item 3. PHONE** - Provide your Office and Cell. **Your Phone Numbers must be provided.**

**Item 4. MAILING ADDRESS** - Provide your Mailing Address.

**Item 5. CASE NAME** - Provide the Full Case Name (example - Comm. v. John Doe or John Doe v. Jane Smith)

**Item 6. IS THIS AN APPEAL?** - If this case is on appeal, circle YES. If this case is not on appeal, circle NO.

**Item 7. DOCKET NUMBER** - Provide the Full Docket Number (example - SUCR2012-01234 or SUCV2012-56789). **County must be provided.**

**Item 8. JUDGE & COURTROOM** - Provide the Name of the Judge that presided over the case and Courtroom case was held. **Judge, Courtroom must be provided.**

**Item 9. DATE AND TIME OF COURT PROCEEDING** - **Date, Start Time, End Time of the court proceeding must be provided.** *If you don't know the exact start/end time, AM or PM is helpful in locating the specific case on the audio recording.*

**AUDIO RECORDING AND TRANSCRIBER ASSIGNMENT** - *Audio recordings from the court take time; especially if multiple days of proceedings are requested.* When OTS receives the audio recording from the court, a transcriber will be assigned.

**Item 10. TRANSCRIPT ORDERED** - Check the appropriate box to identify Transcript Ordered: Original, Copy, Original & Copy, Rush Original, Rush Copy, Rush Original & Copy. **A Copy may ONLY be ordered if an Original has been previously prepared.** For an Appeal, the Appellant orders an Original & Copy; the Appellee orders a Copy.

**ESTIMATED COST OF REGULAR AND RUSH TRANSCRIPTS** - Estimated costs of transcripts are based on producing approximately 50 pages of transcript for 1 hour of recording. **Regular delivery of 1 hour of recording costs $150.00** (50 pages at $3.00 per page). **Rush delivery of 1 hour of recording costs $225.00** (50 pages at $4.50 per page).

The transcriber will provide you with an estimated cost, deposit payment amount, and expected delivery date. When the transcriber receives your deposit payment, they will provide you with an expected delivery date.

**DEPOSIT PAYMENT AND TRANSCRIPT DELIVERY (DO NOT SEND PAYMENT TO OTS)** - The deposit payment to the transcriber must be made within 5 days for Regular Delivery and 1 day for Rush Delivery. *If you do not provide the transcriber with the deposit payment within this time frame, your order will be cancelled.* When the transcriber confirms your deposit payment has been received, you can expect your transcript within 90 days for Regular Delivery or 1-7 days for Rush Delivery, **depending on the length of the audio recording.**

**Item 11. INDIGENT TRANSCRIPTS** - Indigent transcripts are paid for by the Committee for Public Counsel Services (CPCS). **A deposit payment is not required.** When OTS receives the audio recording from the court, a transcriber will be assigned to prepare your transcript within 90 days. Check the appropriate box to identify the Transcript Ordered: Original, Copy. **If applicable, provide NAC (Notice of Assignment of Counsel) Number.**

**Item 12. STATEMENT** - The requestor must agree to pay the transcriber for work performed up until the transcriber completes the transcript or the requestor cancels the order in writing.

**Item 13. SIGNATURE** - Provide your Signature.

**Item 14. DATE** - Provide the Date.



## LOUISON, COSTELLO, CONDON & PFAFF, LLP

DOUGLAS I. LOUISON*
PATRICK J. COSTELLO
DAVID E. CONDON
BRADFORD N. LOUISON**
STEPHEN C. PFAFF
REGINA M. RYAN
KATHLEEN E. CONNOLLY
JOSEPH A. PADOLSKY*

ATTORNEYS AT LAW
101 SUMMER STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.lccplaw.com

ALEXANDRA GRASKEMPER**
MEGAN K. BAKER***
MATTHEW T. GOEPFRICH

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN RI
***ALSO ADMITTED IN FL

October 25, 2019

Leonitus Jabir Bey
P.O. Box 1934
Lowell, Mass 01854

RE:   Leonitus Jabir Bey v. David Pender
      United States District Court Docket No. 19-10219- PBS

Dear Mr. Bey:

Enclosed please find a copy of the criminal docket from the Lowell District Court in the matter of Commonwealth v. Leon J. Campbell, Docket No. 1911CR000365.

Very truly yours,

Bradford N. Louison

BNL/lsc
Enclosure

EAST BOOTHBAY, ME          **BOSTON, MA**          BARRINGTON, RI

| CRIMINAL DOCKET | DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts |
| --- | --- | --- | --- |
| | 1911CR000365 | 9 | District Court Department |

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
| --- | --- | --- | --- |
| Leon J Campbell | 11/20/1983 | Male | Lowell District Court |
| 109 Fourth Ave | DATE COMPLAINT ISSUED | | 41 Hurd Street |
| Apt 1 | 01/23/2019 | | Lowell, MA 01852 |
| Lowell, MA 01852 | PRECOMPLAINT ARREST DATE | | INTERPRETER REQUIRED |
| | 01/22/2019 | | |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
| --- | --- | --- | --- |
| 1 | 269/10/B | DANGEROUS WEAPON, CARRY c269 §10(b) | 01/22/2019 |
| 2 | 90/24/E | NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a) | 01/22/2019 |
| 3 | 90/10/A | UNLICENSED OPERATION OF MV c90 §10 | 01/22/2019 |
| 4 | 268/34A | FALSE ID INFORMATION, ARRESTEE FURNISH TO LAW ENFORCEMENT c268 §34A | 01/22/2019 |
| 5 | 268/32B | RESIST ARREST c268 §32B | 01/22/2019 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
| --- | --- | --- |
| | Lowell | Lowell PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
| --- | --- | --- | --- | --- |
| Pearson J 1/23/19 | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☑ Waiver of Counsel found after colloquy 1/23/19 (Pearson J) | | Counsel Fee (211D § 2A¶2) $ | ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ | ☐ WAIVED |
| | ☑ PR ☐ Bail<br>Terms of release set: ☐ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ | ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ | ☐ WAIVED |
| | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | 9-4-19 | Probation Supervision Fee (276 § 87A) $ 65. | TERMINATED 9/4/19 JA |
| | | | Bail Order Forfeited | |
| | | | Advised of right to jury trial: DATE & INITIALS | |
| | | | ☐ Waiver of jury found after colloquy<br>☐ Does not waive | |
| | **Abuse Allegation:**<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
| --- | --- | --- | --- | --- | --- |
| 1 | 01/23/2019 | Arraignment | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | Pearson J | |
| 2 | 2/19/19 | PTH | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 3 | 4/18/19 | C+E | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | 6-18-19 | JT | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | 7/8/19 | JT s/t | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | 7/11/19 | JT S/T | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | 9/13/19 | JT S+ | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | 10-11-19 | P.K. | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | 11/13/19 | PK | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court OCT 02 2019

CLERK MAGISTRATE

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
| --- | --- | --- | --- |

Date/Time Printed: 01-23-2019 08:55:26        1911CR000365        Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Leon J Campbell | DOCKET NUMBER<br>1911CR000365 |
|---|---|---|

**COUNT / OFFENSE**
**1  DANGEROUS WEAPON, CARRY c269 §10(b)**

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☑ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

**FINDING**
- ☐ Guilty   ☑ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

---

**COUNT / OFFENSE**
**2  NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)**

MONIES ENTERED 9/4/19 JA

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☑ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT $250 | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

6 Mos H of C susp. Prob. 9-3-2021

**FINDING**
- ☑ Guilty   ☐ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

MONIES ENTERED 9/4/19 JA

---

**COUNT / OFFENSE**
**3  UNLICENSED OPERATION OF MV c90 §10**

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☑ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT $500 | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI    ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell

OCT 2 1 2019

**FINDING**
- ☑ Guilty   ☐ Not Guilty
- ☐ Responsible   ☐ Not Responsible
- ☐ Probable Cause   ☐ No Probable Cause

FINAL DISPOSITION
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

Date/Time Printed: 01-23-2019 08:55:26     1911CR000365     Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Leon J Campbell | DOCKET NUMBER<br>1911CR000365 |
|---|---|---|

**COUNT / OFFENSE**
4  FALSE ID INFORMATION, ARRESTEE FURNISH TO LAW ENFORCEMENT c268 §34A

**DISPOSITION DATE AND JUDGE:** Coffey, J  9/3/19

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☑ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

Nolle Prosequi

**FINDING**
- ☐ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE / DATE

---

**COUNT / OFFENSE**
5  RESIST ARREST c268 §32B

**DISPOSITION DATE AND JUDGE:** 9-4-19  Coffey

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☑ Bench Trial
- ☑ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

6 Mos H of C
susp. Prob.
9-3-2021
conc - w/ ct 2

**FINDING**
- ☑ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGMENT ENTERED  9/4/19  JA

---

**COUNT / OFFENSE**
6  STOP FOR POLICE, FAIL c90 §25

**DISPOSITION DATE AND JUDGE:** 9-4-19  Coffey

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☑ Bench Trial
- ☑ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth ☐ Request of Victim
  - ☐ Request of Defendant ☐ Failure to prosecute
- Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| $100 | | | | |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell

OCT 2 1 2019

**FINDING**
- ☑ Guilty ☐ Not Guilty
- ☐ Responsible ☐ Not Responsible
- ☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

CLERK MAGISTRATE

---

Date/Time Printed: 01-23-2019 08:55:26    1911CR000365    Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Leon J Campbell | DOCKET NUMBER<br>1911CR000365 |
|---|---|---|

**COUNT / OFFENSE**
**7  MARKED LANES VIOLATION * c89 §4A**

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

DISPOSITION METHOD:
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT
HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER

SENTENCE OR OTHER DISPOSITION:
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

filed

FINDING:
- ☐ Guilty  ☐ Not Guilty
- ☑ Responsible  ☐ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE | DATE

---

**COUNT / OFFENSE**
**8  UNREGISTERED MOTOR VEHICLE * c90 §9**

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

DISPOSITION METHOD:
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT
HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER

SENTENCE OR OTHER DISPOSITION:
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

FINDING:
- ☐ Guilty  ☑ Not Guilty
- ☐ Responsible  ☑ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE | DATE

---

**COUNT / OFFENSE**
**9  PASSING VIOLATION * c89 §2**

DISPOSITION DATE AND JUDGE: 9-4-19  Coffey

DISPOSITION METHOD:
- ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT
HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell

OCT 2 1 2019

SENTENCE OR OTHER DISPOSITION:
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

FINDING:
- ☐ Guilty  ☐ Not Guilty
- ☑ Responsible  ☐ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

FINAL DISPOSITION:
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE | DATE

---

Date/Time Printed: 01-23-2019 08:56:51   1911CR000365   Version 2.0 - 11/06

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Leon J Campbell | DOCKET NUMBER 1911CR000365 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 1/23/19 | ∆ arraigned, ∆ refuses counsel after colloquy (Pearson, J.) |
| 2/19/19 | PTM S/T |
| 2/19/19 | ① PTCR Filed |
| 4/18/19 | CW's 2 Notices Regarding a Potential CW Witness filed. |
| 7/8/19 | ∆ req's presence of his co ∆ – Ashiko Smith who is being held on governor's warrant @ BHOC. Continuance granted based on that request (Crane, J.) |
| 7/11/19 | JT S/T  Habe to issue for Ashiko Smith (DOB 11/14/80) to Billerica HOC (on Habe: Smith's property to accompany him to the ct) ⑤ |
| 7-11-19 | Both parties ready for trial – Ashiko Smith picked up by Florida authorities – Case not reachable due to court congestion (Coffey, J) |
| 8-20-19 | JT ST  Case not reached for trial, ∆'s Oral Mot. to Dismiss (Denied, Crane) |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 01-23-2019 08:55:26                    1911CR000365                    Revised: 07/16

| DOCKET CONTINUATION | | NAME OF CASE: Leon J. Campbell | DOCKET NUMBER: 1911CR0365 |
|---|---|---|---|
| **NO.** | **DATE** | **DOCKET ENTRIES** | |
| | 9/3/19 | ① CW filed Nolle Prosequi as to ct 4. Mtns in Limine addressed by ct | |
| | | ② CWs Witness List submitted | |
| | | ③ CWs Mtn in Limine to Admit RMV - allowed over Δs objection | |
| | | ④ CWs Mtn in Limine to Admit Business Records (redacted) - allowed over Δs objection | |
| | | ⑤ CWs Mtn in Limine re: Crayton - allowed over Δs objection | |
| | | Δ seeks to introduce notarized ltr - denied | |
| | | Δ seeks to introduce summons + documentation from Federal Ct - denied | |
| | | Δ seeks to introduce citation from another case - no action taken, subject to foundation + cross examination | |
| | | Δ orally announces witnesses | |
| | | Sequestration order issued to all witnesses | |
| | — | Δ objects to the pool of jurors | |
| | | Jury empanelment @ 11:30am | |
| | | - no challenges by Δ or CW | |
| | | CW + Δ content w/ jury (hearing aid provided to jurors) | |
| | | Ct orders Δ to be addressed Leon Campbell AKA Leonidis Jabeer Bay | |
| | 12:02 pm | Opening Statements | |
| | 12:09 pm | CW calls Ofc. David Ponder, Lowell P.D. | |
| | | ex1 - 3 photos of Mammouth Rd. | |
| | | 12:18pm - Auennified by Ofc | |
| | | ex2 - machette | |
| | | ex3 - RMV image | |
| | | ex4 - RMV drivers history →| |

DC-CR 14 (12/89)                                  www.mass.gov/courts/districtcourt

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 9/3/19 (cont.) | Cross exam of Ofc. 2:05pm - CW calls Ofc. Kyle Griffin, LPD 2:12 pm - Ofc identifies Δ. CW rests |
| | 2:32pm | Δ calls India Nascimento - Inquiry done w/ Akif Beh and Ofc. Pender |
| | 2:50pm | Δ calls Akif Beh |
| | 3:12pm | Δ testifies Δ rests; closing arguments |
| | 4:02pm | ct recesses until tomorrow |
| | 9-4-19 4th Session 9:39am 10:16am 11:54 | Jury Trial in progress Exhibit #2 Machette returned Lowell Police Dept. |
| | 9-18-19 | Notice of Appeal filed by Deft. (prose) Leon Campbell aka Leonitus Jabir Beh. Copies of appeal, docket sheet & NAC mailed to CPCS for appointment of counsel |

No answer
cont. to
11.13.19