UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY,                        C.A. NO.: 19-10219- PBS
      Plaintiff,

v.

DAVID PENDER,
      Defendant

**AFFIDAVIT OF BRADFORD N. LOUISON**

I do hereby swear and depose the following:

1.      I am  the attorney representing the defendant in this action.

2.      I have searched the dockets of the Massachusetts Appeals Court on line at

https://www.ma-appellatecourts.org/party, the latest on August 11, 2020.

3.      There is no cases listed for Leon J. Campbell or Leonitus Jabir Bey.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS  14th DAY OF

August, 2020.

*/s/ Brad Louison*
Bradford N. Louison