# LOWELL POLICE DEPARTMENT
## ARREST REPORT

# LOWELL POLICE DEPARTMENT
## ARREST REPORT

**Case No.** 2019-0001116A
**Supp No.** 000

| r3. Additional Reports | ☒ Arrest Report / ☒ Complaint App | ☐ Accident / ☐ Housing | ☐ Domestic / ☐ Bias | ☐ Stolen Bike | ☐ Juvenile Involved / ☐ Drugs Involved | ☐ Alcohol Involved / ☐ Gang Involved | ☐ Prints / ☐ Photos | Adults 2 / Juveniles 0 |

### r7. Incident

| Incident | Cnts | Offense Code | r10. Reported Date | r11. Time | r12. Day |
|---|---|---|---|---|---|
| OPERATE TO ENDANGER | 01 | 90:24 | 01/22/2019 | 18:13 | TUE |
| OPERATING W/O LICENSE | 01 | 90:10 | r13. Occrd From Date 01/22/2019 | r14. Time 18:13 | r15. Day TUE |
| FAIL KEEP RIGHT OBSTRUCT VIEW | 01 | 89:4 | r16. Occrd To Date 01/22/2019 | r17. Time 18:13 | r18. Day TUE |
| FAIL TO STOP FOR POLICE | 01 | 90:25 | | | |
| MISC MV OFFENCE | 01 | 90: | | | |
| RESISTING ARREST | 01 | 268:32B | | | |
| WEAPON LAW VIOLATIONS | 01 | 8600 | | | |
| UNREGISTERED MV | 01 | 90:9 | | | |
| FURNISHING FALSE NAME OR SOCIAL SECURITY | 01 | 268:34A | | | |

**r20. Reporting Officer 1, I.D.** PENDER, DAVID ALLEN  87187
**r21. Reporting Officer 2, I.D.**

**r20. Location of Occurence:** MAMMOTH RD / FOURTH AV
**r24. Sector:** A1
**r25. Type of Premise:** HIGHWAY/ROAD/ALLEY

**r21. Reporting Person:**
**r22. Phone:**
**r27. How Received:** OFCR INITI
**r28. Status:** ACTIVE CASE
**r23. Reporting Person Address:**
**r29. Weather:**
**r30. Weapon / Tools:**

## VEHICLES / PROPERTY

| v1. Vehicle Type | v2. Make | v3. Model | v4. Style | v5. Type | v6. Color |
|---|---|---|---|---|---|
| TOW YARD | FORD | F15 | PU | PICKUP | GRY |

| v7. License No. | v8. State | v9. Veh. Year | v10. VIN No. | v11. |
|---|---|---|---|---|
| 101427 | MQ | | | |

| v12. Value | v13. Value Recovered | v14. OCA Active | v15. OCA Cancel | v16. Tracking No. | v17. Disposition |
|---|---|---|---|---|---|
| | | | | | |

## INVOLVED PERSONS

| n0. Name Type | n1. PCF No. | n2. Last Name / Business / State of... | n3. First Name | n4. Middle Name |
|---|---|---|---|---|
| ADULT | | CAMPBELL | LEON | |

| n5. Race | n6. Sex | n7. Age | n8. Date of Birth | n9. Place of Birth - City, State | n10. Soc Sec No. | n11. Operator's License No. | n12. State |
|---|---|---|---|---|---|---|---|
| B | M | 35 | [redacted] | JAMAICA, JM | [redacted] | [redacted] | MA |

| n13. Height | n14. Weight | n15. Build | n16. Complexion | n17. Eyes | n18. Hair | n19. Facial Hair | n20. Marital Status |
|---|---|---|---|---|---|---|---|
| 5'09" | 170 lbs | MEDIUM | DARK | BRO | BLK | GOATEE | SINGLE |

**Involvement:**
DEFEN/ARRESTEE ADULT OPERATING TO ENDANGER
DEFEN/ARRESTEE ADULT WEAPON LAW VIOLATIONS
DEFEN/ARRESTEE ADULT RESISTING ARREST
DEFEN/ARRESTEE ADULT OPERATING WITHOUT LICENSE
DEFEN/ARRESTEE ADULT MOTOR VEHICLE CHARGES (M/V)
DEFEN/ARRESTEE ADULT USE OF FORCE
DEFEN/ARRESTEE ADULT MARKED LANES VIOLATION
DEFEN/ARRESTEE ADULT FAIL TO STOP FOR POLICE OFFICER
DEFEN/ARRESTEE ADULT ALLOW OPER UNREGISTERED M/V
DEFEN/ARRESTEE ADULT GIVING FALSE NAME\INFO TO OFC SUB ARREST

**f1. Submitted By Officer, I.D.:** PENDER, DAVID ALLEN  87187
**f2. Approving Officer's Name, I.D.:** MALDONADO, FRANCISCO  96587
**Page:** 1

NCD 5001 Rev. 03/13

Case 1:19-cv-10219-PBS   Document 23-8   Filed 06/27/20   Page 2 of 4
Case 1:19-cv-10219-PBS   Document 1-1   Filed 02/01/19   Page 13 of 28

Exhibit A-1

# AFFIDAVIT OF FACT AND INCIDENT REPORT

At approximately 1800 hours on the 22 day of January. I Leonitus J Bey was traveling across the school street bridge in the left turning lane. I made a choice of going straight in a left lane only turning lane because my alternator was dying and I did not want to have to tow my truck off the road or in the middle of traffic. That's when PENDER DAVID ALLEN's lights go on from the McDonald's parking lot which he had to wait for passing cars before he could exit the lot. In no way was I trying to evade or resist. Which I'm pretty sure is the reason policy enforcer PENDER, DAVID ALLEN pursued with such emotional aggression. At this time, we are passing 3rd street, which I live on 109 fourth ave less than 500 ft away. At the same time the ford F150 is losing power and shutting off and on due to a bad alternator. So, I made the decision to pull over where it was safe for everyone. Thinking I could just explain the situation to policy enforcer PENDER, DAVID ALLEN, and simply if ticketed respond lawfully. But sadly I/we did not get the opportunity to defuse the situation due to a very outraged PENDER, who upon approaching the operators side had a taser out crouched to his side aimed at me. PENDER then shouts *"Hands let me see your hands!"*, but I could not get the window down because at that time the truck died. So, I informed him that I could not because the truck had dead. At this time, he's screaming out the question *"Is this what you want"?* Asking if I desired to be tasered. He then screams *"Open the door."* Which I then did immediately, at the same time he is also pulling the handle on the outside. He then repeats *"Is this what you want"?* frantically and out of breath. I merely looked him in the eyes with calmness and assured PENDER that there is no need for aggression or a reason to discharge his Taser. He then grabs my left hand and demands I step out the car. I being a child of god and a student of law knew that this was not proper procedure for policy enforcer PENDER nor due process of law. I could tell he was emotionally distraught and not in control of his emotions. At this point I tried to ask PENDER whats the problem in attempts to calm him to talk, but he then responds with several punches to the left side of my face which then causes my guest Anu Pathfinder Bey, to pull out his phone to record and repeatedly asked Mr. PENDER, *"What are you doing?"* At this point I am being reluctant in fear of my life so out of fear I clasp the steering wheel of my truck. At this point my wives mother Karen McHugh is viewing whats going on from her window then she proceeds to come outside to see whats going on. But at this point other policy enforcers are arriving on the scene, the lights got brighter and brighter from the amount of patrol vehicles that arrived and a different policy enforcer holds Karen back. At this point, PENDER, with the same hand he has the taser in reaches for his hand cuffs and drops his taser on the ground by the truck and begins to place the cuffs on my left hand he then proceeds with several more blows to the left side of my face. Seeing that only I can deescalate the situation I release the steering wheel and step out of the truck and PENDER immediately throws me to the ground and places the cuffs on me. At this point Anu Pathfinder Bey is being thrown to the floor as well for trying to record the events. Other Moorish nationals that are familiar with my location of domicile pulled over while traveling by to investigate. Akif Wasif Alim Bey along with Hadjah Bintu El, who can also stand as witnesses, testify and provide statements on the incident as they were their talking to police in attempts to gather information on an obvious miscommunication. By this time, it seems PENDER is calming down and he begins to help me to my knees then my feet. He finally hears all the loud voices directed towards him repeatedly asking what are you doing as no one but him was being aggressive and using excessive force. While waiting for transport the



Exhibit A-2

# AFFIDAVIT OF FACT AND INCIDENT REPORT

Lowell Police (policy enforcers) are discussing the truck and what they should do with it, so they begin to run the plates.

Transport shows up and I was taking to Lowell police human trafficking center offered $40 ransom then it was revoked and my body was kept in inhumane conditions. My shoes were removed and I was placed in a cell with glass all on the floor with a cut in half wool blanket. When I asked why the ransom was revoked the agents of the Lowell Police center gave no answer. I was then transported to the de facto Lowell district court human trafficking holding facility awaiting to see a magistrate the following day.

After being profiled as a "black man, I was brought before a magistrate who has seen me before and knows that I filed on the record, the fact that I am a Moorish American national and citizen, and not a Citizen of Lowell, Massachusetts or the United States in a previous issue brought before her court. The District Attorney made a plea to ransom my body for $250 and it was denied. I was then released with a trial date of February 19 2019.

I, Leonitus Jabir Bey, under penalty of perjury and persecution from the Moorish nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. I am a Free Moorish American national and citizen of our free National Government. In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in an honest attempt to enforce the Constitution for the United States of America, as instructed by the Universal Moorish Prophet, Sheik, El Hajj Sharif Abdul Ali, in accord with the high principles of Love, Truth, Peace, Freedom and Justice. I am: _Leonitus Jabir Bey_.

On this __25__ day of __January__ in the year __2019__.

Witness: _Jamhel Talib Abdullah Bey_

Witness: _India Nascimento_

Witness: _Ezekhellah Bey_

Page 2 of 2



Exhibit A-3

# Affidavitt of facts,
## witness statement and incident report

While I was traveling to pick up my empress at her place of domocile. It was around 6pm on 1/22/19 i saw Leonitus at the intersection of Mammoth Rd. and 4th Ave follwed by policy enforcers. Leonitus then took a right turn and traveled passed me. I continue my journey and went to pick up my empress. On the way back I made sure I took the same route. As we're approaching Leonitus house I saw flashng lights and 6-7 cop cars. We parked the mode of conveyance. I walked towards Leonitus house. Leonitus and Anu Bey were both in handcuffs. I asked the first policy enforcer what was going on with my brothers and why their in handcuffs. I was then asked to step back. Leonitus then states to me that he was punched in his face repeatedly, as he speaking to me the policy enforcer tells him to shut up. Anu was telling the policy enforcer that he's hurting his wrist and stop squeezing the handcuffs so tight. They searched the car illegeally and started looking at the plates and stating that they were going to tow the car and that the car needed to be register to drive. Once again i asked the officer why they were getting arrested and what crime was commited. The policy enforcer stated they had cut a whole bunch of cars off and when attempting to pull over Leonitus, the policy enforcer then stated because "he didnt stop so he made him look small". Policy enforcer also stated he didnt have a license to travel. Thats when i started to explain to him you don't need a license to travel unless doing commerce. The moment I started talking about the constituin and my right he didn't want to hear anything else I had to say.

I Am _Akinwasi Alim Bey (R)_

I Am _Hadja Binte Kanu (R)_
witness