UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY,                                    C.A. NO.: 19-10219- PBS
          Plaintiff,

v.

DAVID PENDER,
          Defendant

### DEFENDANT'S EXHIBIT LIST

1.      Affidavit of Fact and Incident Report of the *Pro Se* Plaintiff attached to his

Complaint, Document 1-1;

2.      Certified docket from the Lowell District Court in the case of <u>Commonwealth of

Massachusetts v. Leon J. Campbell</u>, Lowell District Court Docket No. 1911CR000365;

3.       A and B. Transcript of the jury trial in the case of <u>Commonwealth of

Massachusetts v. Leon J. Campbell,</u> Lowell District Court Docket No. 1911CR000365

September 3 and 4, 2019;

4.      Affidavit of David Pender;

5.      Affidavit of Bradford N. Louison, Esq.;

6.      Transcript of the deposition of the plaintiff,  May 20, 2020.

7.      Lowell Police Department Report.

                                        The Defendant,
                                        By his attorney,
                                        */s/ Bradford N. Louison*_____
                                        Bradford N. Louison, Esq. BBO#305755
                                        blouison@lccplaw.com
                                        Louison, Costello, Condon & Pfaff, LLP
                                        101 Summer Street
                                        Boston, MA 02110
                                        (617) 439-0305

Date:   August 27, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I caused the foregoing to be served by first class mail to:

Leonitus Jabir Bey
P.O. Box 1934
Lowell, Mass 01854

/s/*Bradford N. Louison*

Bradford N. Louison

Date:   August 27, 2020