UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY,                          C.A. NO.: 19-10219- PBS
        Plaintiff,

v.

DAVID PENDER,
        Defendant

### DEFENDANT'S OPPOSITION TO *PRO SE* PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OPPOSITION TO THE *PRO SE* PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The *pro se* plaintiff filed a "Writ of Demurrer" seeking to strike defendant's opposition to the plaintiff's motion for summary judgment which was filed on December 31, 2020.  He claims no such motion for summary judgment was filed.

On September 29, 2020, the *pro se* plaintiff filed a document entitled "Writ of Summary Judgment" which appears  on the docket and  is apparently a motion for summary judgment. He states in it that "there are no genuine disputes as to any material facts and that the *pro se* plaintiff is entitled to judgment as a matter of law."

On October 7, 2020, the defendant filed an opposition to the motion for summary judgment on October 7, 2020.

WHEREFORE, the defendant respectfully requests that the court deny the *pro se* plaintiff's motion to strike the defendant's opposition to the *pro se* plaintiff's motion for summary judgment.

The Defendant,

By his attorney,

/s/*Bradford N. Louison*

_____
Bradford N. Louison, Esq. BBO#305755
blouison@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
(617) 439-0305

Dated:   January 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be served by first class mail or via email to:

Leonitus Jabir Bey
109 Fourth Avenue, Apt. 1
Lowell, Mass 01854
ryamexum@gmail.com

/s/*Bradford N. Louison*

_____
Bradford N. Louison

Dated:  January 8, 2021