UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY,                                          C.A. NO.: 19-10219- PBS
      Plaintiff,

v.

DAVID PENDER,
      Defendant

**DEFENDANT'S MOTION TO CONTINUE
PRE-TRIAL CONFERENCE**

The Court scheduled a final pre-trial conference for July 15, 2021 at 9:30 A.M. and jury trial commencing on July 27, 2021.

Counsel for the defendant is on vacation the week of July 15, 2021 and requests that the pre-trial conference be moved forward. Counsel is available for the jury trial on July 27, 2021 or available for both the pre-trial conference and trial throughout the entire month of August.

Pursuant to Rule 7.1, counsel for the defendant certifies that he emailed the *pro se* plaintiff on Thursday, April 1, 2021 at 4:09 P.M. regarding the same and in response, the pro se plaintiff responded on April 5, 2021 by an email only saying, "I will motion for a status hearing for a ruling on the summary judgement."

                                      The Defendant,

                                      By his attorney,

                                      /s/*Bradford N. Louison*
                                      _____
                                      Bradford N. Louison, Esq. BBO#305755
                                      blouison@lccplaw.com
                                      Louison, Costello, Condon & Pfaff, LLP
                                      101 Summer Street
                                      Boston, MA 02110
                                      (617) 439-0305

Date: April 7, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be served by first class mail or via email to:

Leonitus Jabir Bey
P.O. Box 1934
Lowell, Mass 01854

/s/*Bradford N. Louison*

Bradford N. Louison

Dated:  April 7, 2021