Leonitus Jabair Bey

v

David Pender

United States district Case NO: 19-10219

In respects to Federal rule 37.1

Per No 14 of the initial interrogatories propounded to I the plantiff, in regards to lost of Wages. On the of the alleged civil infraction I the Plantiff was Taken against mans free will.

This event lead to ~~Chan reaction of events that~~ ~~massa all the top of my head~~ A meeting with the head contractor of Umass lowell painter, who I was introduced to through a freind of a freind The events of trauma causes I The Plantiff to forget al most if not all positive events that were to come during that time. Nevertheless I remember discussing a potential painting gig in Umass lowell, ~~than~~ the Gentlemans name however I cant recall.

As far as interrogatory No. 18 Requested of all finoncial losses it is taking time to gather recipts and asses damages and cost while having to continue to maintain ones everday affairs. The ~~wages~~ damages are from ove 8K ing vehicle cost
50 K in on going councling and herbal treatment
Over 6 K in traveling cost
Over 6 K in coping Mechanisms etc

along with mental and emotional damage.
The name of of my councler, nurse, and phyc psychiatric provider, is ~~Nurse~~ Hinds. Naudee she is an expert in herbal treatments and psychiatric evaluation. She is willing to testify if needed.

FILED
IN CLERKS OFFICE
2021 JUN 16 PM 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.