[DRAFT]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
LEONITUS JABIR BEY,                )
                                   )
                Plaintiff,         )   Civil Action
                                   )   No. 19-10219-PBS
v.                                 )
                                   )
DAVID ALLEN PENDER,                )
                                   )
                Defendant.         )
_____)
```

## VOIR DIRE

1. Do you know the Plaintiff, Leonitus Jabir Bey?

2. Do you know the Defendant, David Allen Pender, who was a police officer in Lowell, Massachusetts on January 22, 2019?

3. Do you know any of the witnesses, who include

    a. Anu Pathfinder Bey

    b. David Pender (Lowell Police Department)

    c. Kyle P. Griffin (Lowell Police Department)

4. This case involves a claim of excessive force by a police officer against Mr. Bey.  Do you have a bias or prejudice about this case or this kind of a case?

5. Does the fact that the defendant is a police officer working in Lowell, Massachusetts prevent you from rendering a fair and just verdict in this case?

6. Have you or any family member of yours worked in law enforcement?

7. Will you give the testimony of a police officer greater weight than that of a lay person?

1

[DRAFT]

8. Will you give the testimony of a police officer less weight than that of a lay person?

9. Have you or any family member of yours been a victim of excessive force by a law enforcement officer?

10. Plaintiff asserts that he is a Moorish American national not fully subject to the laws of the United States.  Would this assertion prevent you from rendering a fair and just verdict in this case?

10. Do you know of any other reason why you cannot be fair and impartial?

11. Will you suffer from any substantial personal hardship by sitting on this action?