UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONITUS JABIR BEY,                 C.A. NO.: 19-10219- PBS
    Plaintiff,

v.

DAVID PENDER,
    Defendant

## DEFENDANT'S WITNESS LIST

David Pender
Lowell Police Department
50 Arcand Drive
Lowell, MA 01852
(one hour and a half)

Kyle P. Griffin
Lowell Police Department
50 Arcand Drive
Lowell, MA 01852
(one hour)

                                           The Defendant,
                                           By his attorney,

                                           /s/*Bradford N. Louison*
                                           _____
                                           Bradford N. Louison, Esq. (BBO#305755)
                                           blouison@lccplaw.com
                                           Louison, Costello, Condon & Pfaff, LLP
                                           101 Summer Street
                                           Boston, MA 02110
                                           (617) 439-0305

Date:   July 22,  2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be served by first class mail or email to:

Leonitus Jabir Bey
P.O. Box 1934
Lowell, Mass 01854
ryamexum@gmail.com

          /s/*Bradford N. Louison*

          Bradford N. Louison

Dated:  July 22, 2021