UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bey, Plaintiff(s)

Vs.

Pender, Defendant(s)

Civil No. 19-10219

Criminal No. _____

## NOTE FROM THE JURY

YOUR HONOR,

We have a verdict.

*Laura M. Schiffer*

7/29/2021

TIME: _____

Signature of Foreperson

7/29/21