UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LEONITUS JABIR BEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | No. 19-10219-PBS |
| v. ) | |
| ) | |
| DAVID ALLEN PENDER, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

Saris, D.J.

A.  **Federal Civil Rights Act**

    1.  Has the plaintiff, Leonitus Jabir Bey, proven by a preponderance of the evidence that defendant, David Allen Pender, used excessive force against him on January 22, 2019?

        Yes _____      No  **X**

[If you answer "no" to Q.1, go to the end of the verdict slip and sign it. If you answer "yes" to Q.1, continue to Q.2.]

    2.  Did any such excessive force cause Bey any damages?

        Yes _____      No _____

[If you answer "no" to Q.2, go to the end of the verdict slip and sign it. If you answer "yes" to Q.2, continue to Q.3.]

B.   **Damages**

3. What amount of compensatory damages or nominal damages is the plaintiff entitled to receive?

$[numbers]  _____

[written out]  _____

_____

I certify that the answers to each of the questions is unanimous.

Dated:  7/29/2021         Laura M. Schiffer
                          Foreperson