# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

Bey
V.
Pender

**EXHIBIT AND WITNESS LIST**

Case Number: 19cv10219-PBS

| PRESIDING JUDGE<br>Saris | PLAINTIFF'S ATTORNEY<br>Bey - Prose | DEFENDANT'S ATTORNEY<br>D. Louison |
|---|---|---|
| TRIAL DATE (S)<br>7/28, 29, 30 | COURT REPORTER<br>Marzilli | COURTROOM DEPUTY<br>Molloy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 9 | 7/28 |  | ✓ | Photo of Mr Bey |
| ✓ | 2 | 7/28 |  | ✓ | Photo O'Donnell Bridge |
| Obj → | 3(A) | (ID only) |  |  | Photo  ''         ''     1/2020 |
| ✓ | 4 | 7/28 |  | ✓ | Photo sign scene of Incident |
| ✓ | 5 | 7/28 |  | ✓ | Photo of Intersection VFW Turn |
|  | 6 | 7/28 |  | ✓ | Google view of Intersection (MAP) |
| ✓ | 7 | '' |  | ✓ | Driveway of house |
| ✓ | 8 | '' |  | ✓ | Driveway of house |
| (B) | ✗ |  |  |  |  |
| ✓ | 14 | 7/28 |  | ✓ | Police Report of Incident |
| ✓ | 15 | 7/29 |  | ✓ | Depo Mr Bey |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages