# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Leonitus  Jabir  Bey**
Plaintiff

v.

CIVIL ACTION NO.   19cv10219- PBS

**David  Allen  Pender**
Defendant

## JUDGMENT IN A CIVIL CASE

__XX__   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

**-Judgment is hereby entered for the Defendant.**

Robert M . Farrell
Clerk of Court

/s/   Maryellen Molloy
Deputy Clerk

Dated: 8/2/2021

[jgm.]